UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NICKOLAS J. BARTH,<br><br>         Plaintiff,<br><br>  v.<br><br>PATRICIA CHRISTIANSEN, *et al*.,<br><br>         Defendants. | Case No. C18-897-RAJ-JPD<br><br>ORDER GRANTING DEFENDANT'S MOTION TO DISMISS |

The Court, having reviewed plaintiff's complaint, the motion of the Washington Department of Corrections ("DOC") to dismiss all claims asserted against it in this action, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, any objections thereto, and the remaining record, hereby finds and ORDERS:

(1)   The Report and Recommendation is approved and adopted.

(2)   The DOC's motion to dismiss (Dkt. 12) is GRANTED, and all claims asserted against the DOC are dismissed, with prejudice, for failure of plaintiff to state any cognizable claim for relief against this defendant.

ORDER GRANTING DEFENDANT'S
MOTION TO DISMISS - 1

(3) The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to the Honorable James P. Donohue.

DATED this 20th day of December, 2018.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING DEFENDANT'S
MOTION TO DISMISS - 2