UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NICKOLAS J. BARTH,

          Plaintiff,

v.

PATRICIA CHRISTIANSEN, *et al.*,

          Defendants.

Case No. C18-897-RAJ

ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The Court, having reviewed Plaintiff's complaint, Defendants' motion for summary judgment, the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections thereto, and the remaining record, hereby finds and ORDERS as follows:

(1) The Report and Recommendation is approved and adopted.

(2) Defendants' motion for summary judgment (dkt. # 25) is GRANTED.

(3) Plaintiff's complaint (dkt. # 7) and this action are DISMISSED with prejudice.

//

//

1  (4) The Clerk is directed to send copies of this Order to Plaintiff, to counsel for
2  Defendants, and to the Honorable Michelle L. Peterson.
3  DATED this 28th day of June, 2019.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT - 2